### Downs v. Weaver, administratrix.

Hutcheson, Justice. "An issue made by the filing of a counter-affidavit to a summary proceeding to eject a tenant under the Civil Code [1895], § 4813 [Code of 1933, § 61-301] et seq., is tenancy or no tenancy, and the question of the plaintiff's title is not involved." *Patrick* v. *Cobb*, 122 *Ga.* 80 (49 S. E. 806). The instant case was brought to this court upon the overruling of a motion for new trial after verdict upon an issue made by the filing of a counter-affidavit to a dispossessory warrant, which affidavit merely denied the tenancy alleged in the warrant. The Court of Appeals, and not the Supreme Court, has jurisdiction of such a case. Code, §§ 2-3005, 2-3009; *Arnold* v. *Water Power & Mining Co.*, 147 *Ga.* 91 (92 S. E. 889); *Jones* v. *Sikes*, 161 *Ga.* 799 (131 S. E. 900); *Anderson* v. *Watkins*, 170 *Ga.* 483 (153 S. E. 8); *Radcliffe* v. *Jones*, 174 *Ga.* 324 (162 S. E. 679); *Ryals* v. *Atlantic Life Insurance Co.*, 181 *Ga.* 541 (182 S. E. 896).

*Transferred to the Court of Appeals. All the Justices concur.*

No. 12090. November 11, 1937.

*C. W. Foy,* for plaintiff in error. *Dudley Taunton,* contra.